IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOHN CARTER,        | 1:07-cv-00887-LJO-DLB (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
|     vs. | |
| DIRECTOR OF CORRECTIONS, et al, | (DOCUMENT #11) |
| | THIRTY DAY DEADLINE |
|     Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **May 2, 2008**          /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE